UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61028-RAR

LEON HILBURN, individually,

    Plaintiff,
v.

WAL-MART STORES EAST, LP,
a foreign corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant, WAL-MART STORES EAST, LP, by and through its undersigned counsel, hereby files this Notice with the Court that the above-referenced case has been settled by the parties and payment is being requested.

Respectfully submitted,

/s/ *Jackeline Rodriguez*
Jackeline Rodriguez
Florida Bar No. 70435
jrodrigeuz@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   305-379-3686
Facsimile:    305-379-3690
*Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/   *Jackeline Rodriguez*
Jackeline Rodriguez

## SERVICE LIST

James P. Gitkin, Esq.
Florida Bar No. 570001
Salpeter Gitkin, LLP
3864 Sheridan Street
Hollywood, Florida 33021
Telephone:   954-467-8622
Facsimile:   954-671-5687
Primary Email: jim@salpetergitkin.com
Secondary E-Mail: tina@salpetergitkin.com
*Counsel for Plaintiff*

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200, ·Miami, Florida 33131 · Telephone: 305-379-3686 ·Facsimile: 305-379-3690